UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEL PARKER, | No. 2:24-cv-2718 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| STANTON CORRECTIONAL FACILITY, | FINDINGS AND RECOMMENDATIONS |
| Defendant. | |

On February 4, 2025, plaintiff's complaint was dismissed with leave to amend. The amended complaint was due on March 6, 2025, but plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case and IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

/////

/////

1

time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 14, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] park2718.fta