UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEL PARKER, | No. 2:24-cv-2718 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| STANTON CORRECTIONAL FACILITY, | |
| Defendant. | |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is GRANTED.

2. Plaintiff is granted days 30 days from the date of this order in which to file an amended complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

3. The court's March 14, 2025, findings and recommendations (ECF No. 12) are vacated.

Dated: March 31, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
park2718.36