1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MONTEL PARKER,                              No.  2:24-cv-2718 DAD CKD P

12              Plaintiff,

13       v.                                       FINDINGS AND RECOMMENDATIONS

14    STANTON CORRECTIONAL
      FACILTIY,
15
                 Defendant.
16

17
             On February 4, 2025, plaintiff's complaint was dismissed with leave to amend.  Plaintiff
18
      was warned that failure to file an amended complaint before the expiration of the deadline for
19
      doing so would result in a recommendation that this action be dismissed without prejudice.  The
20
      time for filing an amended complaint has expired.  Plaintiff has not filed an amended complaint.
21
             Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
22
      prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).
23
             These findings and recommendations are submitted to the United States District Judge
24
      assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
25
      after being served with these findings and recommendations, plaintiff may file written objections
26
      with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
27
      and Recommendations."  Plaintiff is advised that failure to file objections within the specified
28
                                                   1

1    time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153

2    (9th Cir. 1991).

3    Dated:  May 13, 2025

4                                                                    _____
                                                                     CAROLYN K. DELANEY
5                                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8    1
     park2718.fta
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28